| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Christopher P. Walker**<br>**505 S. Villa Real, Suite 204**<br>**Anaheim Hills, CA 92807**<br>**714-639-1990 Fax: 714-637-1636**<br>California State Bar Number: **174533**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Team Companies, Inc.**<br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER:  7 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Christopher P. Walker 174533**                       , the undersigned in the above-captioned case, hereby declare
   *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☐ I am the president or other officer or an authorized agent of the debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☒ I am the attorney for the debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   *[For additional names, attach an addendum to this form.]*

b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| /s/ Christopher P. Walker | **May 11, 2010** |
|---|---|
| Signature of Attorney or Declarant | Date |

**Christopher P. Walker 174533**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy