# United States Bankruptcy Court
## Central District Of California

In re:
Team Companies, Inc.

CHAPTER NO.: 7

CASE NO.: 8:10–bk–16396–RK

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Local Rule 1002–1(g)]
X  signed Electronic Filing Declaration

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

      Chapter 7     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

      411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: May 12, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Judy Nguyen**
    **Deputy Clerk**