**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)

# UNITED STATES BANKRUPTCY COURT — Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 12, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>Team Companies, Inc.<br>221 Main Street, Suite S<br>Huntington Beach, CA 92648 | **Case Number:**<br>**8:10–bk–16396–RK** |
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt EIN/Tax I.D.: 20–2186104 |
| Attorney for Debtor(s) (name and address):<br>Christopher P Walker<br>505 S Villa Real, Ste 204<br>Anaheim Hills, CA 92807<br>Telephone number: 714–639–1990 | Bankruptcy Trustee (name and address):<br>Charles W Daff<br>2009 N. Broadway<br>Santa Ana, CA 92706<br>Telephone number: 714–541–0301 |

### Meeting of Creditors:

Date: **June 23, 2010**     Time: **01:00 PM**
Location: **411 W Fourth St., Room 3–110, Santa Ana, CA 92701**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstanes, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593<br>Telephone number: 714–338–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
| Hours Open: 9:00 AM – 4:00 PM | Date: May 13, 2010 |

**(Form rev. 12/09:341–B9B)**

## EXPLANATIONS        B9B (Official Form 9B)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1)file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

**–– Refer to Other Side for Important Deadlines and Notices ––**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8              User: jnguyenC                Page 1 of 1                   Date Rcvd: May 13, 2010
Case: 10-16396                    Form ID: b9b                  Total Noticed: 25

The following entities were noticed by first class mail on May 15, 2010.
db           +Team Companies, Inc.,    221 Main Street, Suite S,    Huntington Beach, CA 92648-8120
aty          +Christopher P Walker,    505 S Villa Real, Ste 204,    Anaheim Hills, CA 92807-3442
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
ust          +United States Trustee (SA),    411 W Fourth St., Suite 9041,    Santa Ana, CA 92701-8000
26398531     +A-1 Roofing,    22029 S. figueroa Street,    Carson, CA 90745-4403
26398532     +AAA Action, Inc.,    13101 Jefferson Street,    Garden Grove, CA 92844-1130
26398533     +ADS Consulting Engineers,    32321 Linda Vista Lane,    Dana Point, CA 92629-3654
26398534      BAS Appliances/KIVA,    1745 N. thomas Circle,    Orange, CA 92865
26398535      C&C Canvas,    10900 East Fawcett Street,    North Plains, OR 97133
26398536     +C.G. Plumbing,    1658 West Carson Street #445,    Torrance, CA 90501-2836
26398537     +Cbeyond Communications, LLC,    320 Interstate North Parkway, Suite,    Atlanta, GA 30339-2213
26398538     +City Wall Construction,    15003 Califa Steet,    Van Nuys, CA 91411-3003
26398539     +Hamilton Iron Works, Inc.,    1244 West 196th Steeet,    Torrance, CA 90502-1101
26398540     +Koury Geotechnical Services, Inc.,    14280 Euclid Street,    Chino, CA 91710-8803
26398541     +Los Angeles Times,    202 W First Street,    Los Angeles, CA 90012-4105
26398543     +MPA Construction company, Inc.,    71800 Highway 111, Suite A122,    Rancho Mirage, CA 92270-6402
26398542     +Martin Escobedo, et al,    151 N. Kraemer Blvd, Suite 204,    Placentia, CA 92870-5075
26398544      Palmier, Tyler, Wiener, Wilheim,    & Waldron, LLP,    2603 Main Street, East Tower,   Suite 1300,
               Orange, CA 92867
26398545     +T & Plastering,    P.O. Box 952,    Cabazon, CA 92230-0952
26398546     +Team Design,    221 Main Street, Suite S,    Huntington Beach, CA 92648-8120
26398547     +Terranova Electric,    2102 Pacific Coast Highway,    Huntington Beach, CA 92648-3955
26398548     +Wehner Framing,    692 N. Cypress Street, Suite E,    Orange, CA 92867-6665
26398549     +Zamborelli Enterprises, Inc.,    640 S. Coast Hwy #43,    Laguna Beach, CA 92651-2450

The following entities were noticed by electronic transmission on May 14, 2010.
tr           +EDI: QCWDAFF.COM May 13 2010 21:33:00      Charles W Daff,    2009 N. Broadway,
               Santa Ana, CA 92706-2611
smg           EDI: CALTAX.COM May 13 2010 21:33:00      Franchise Tax Board,    ATTN: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA  95812-2952
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2010**                    **Signature:**    _Joseph Speetjens_