**United States Bankruptcy Court**
**Central District Of California**

In re:
Team Companies, Inc.

CHAPTER NO.: 7

CASE NO.: 8:10−bk−16396−RK

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Local Rule 1002−1(g)]
X  signed Electronic Filing Declaration

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 7     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: May 12, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Judy Nguyen**
**Deputy Clerk**

mccdn − Revised 12/2009

**4 − 1 / NGU**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: jnguyenC              Page 1 of 1                  Date Rcvd: May 13, 2010
Case: 10-16396                Form ID: mccdn              Total Noticed: 3

The following entities were noticed by first class mail on May 15, 2010.
db           +Team Companies, Inc.,   221 Main Street, Suite S,   Huntington Beach, CA 92648-8120
aty          +Christopher P Walker,   505 S Villa Real, Ste 204,   Anaheim Hills, CA 92807-3442
tr           +Charles W Daff,   2009 N. Broadway,   Santa Ana, CA 92706-2611

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2010**                    **Signature:** *Joseph Speetjens*