# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EDIT DIVISION

| In re TEAM COMPANIES, INC | Case No. 10-16396 |
|---|---|
| Debtor | Chapter 7 |

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned JEFF BERGSMA, the President ("BERGSMA") of TEAM COMPANIES, INC. ("TEAM"). On May 10, 2010 the following resolution was fully adopted by the Board of Directors.

"WHEREAS, it is in the best interests of TEAM to file a voluntary petition in the United States Bankruptcy Court pursuant to the Chapter 7 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that BERGSMA, the President of TEAM be and is hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that BERGSMA, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the TEAM in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that BERGSMA, President be and hereby is, authorized and directed to employ Christopher P. Walker, Attorney and the law firm of Law Office of Christopher P. Walker, P.C., to represent TEAM in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ONBEHALF OF A CORPORATION

I, JEFF BERGSMA, President of the TEAM COMPANIES, INC. named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and its is true and correct to the best of my knowledge, information, and belief..

Dated: May 10, 2010

By: /s/ Jeff Bergsma
Its: President

| In re:<br>TEAM COMPANIES, INC.                    Debtor(s). | CHAPTER 7<br>CASE NUMBER 10-16396 |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 505 S. Villa Real Drive, Suite 204, Anaheim, CA 92807.

The foregoing document described as CORPORATE RESOLUTION will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 06/03/010checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II.   Charles W Daff    cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
III.  United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
IV.   Christopher P Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 05/19/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 05/19/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
Honorable Judge Kwan

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/8/2010 | Christopher P. Walker | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                 F 9013-3.1