Charles W. Daff, TRUSTEE
2009 N. Broadway
Santa Ana, CA  92706
Telephone:  (714) 541-0301
Facsimile:   (714) 569-0515

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| In Re: | Case No.: 8:10-16396-RK |
|---|---|
| TEAM COMPANIES, INC. | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: Christopher P Walker
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **July 12, 2010** at **11:00 a.m.** at 411 W. Fourth Street, Room 3-110, Santa Ana, CA 92701, for the reason set forth below:

You are required to complete the worksheet provided to you and return for further examination by the trustee


Dated:  June 29, 2010                    /s/ Charles W. Daff
                                         Charles W. Daff
                                         Chapter 7 Trustee


I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on June 29, 2010.

                                         /s/ April Hannum
                                         April Hannum